UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-10473-RGS

KATELIN O., ET AL.,

v.

MASSACHUSETTS BUREAU OF SPECIAL EDUCATION APPEALS and
THE DENNIS-YARMOUTH REGIONAL SCHOOL DISTRICT

ORDER OF JUDGMENT

September 7, 2018

STEARNS, D.J.

After issuing its decision on the parties' cross-motions for summary judgment, the court offered them an opportunity to agree on a compensatory sum to be paid to with respect to the FAPE violation that occurred between May and June of 2014, when the Dennis-Yarmouth Regional School District (the District) failed to provide "specialized instruction in reading and writing by a qualified individual" to Katelin O.  July 20, 2018 Order at 14 (Dkt #45). The District made an initial offer to plaintiffs in the form of six weeks of remedial tutoring and, when no response was forthcoming, followed with a proposal to make a payment of $1,200 to plaintiffs.[1]  Again, plaintiffs did not

---

[1] The amount is based on the District's rate of $50 for specialist tutors, paid at four hours per week for six weeks.

reply. The court assumes, for whatever reason(s), plaintiffs are no longer pursuing this aspect of their case. Accordingly, judgment enters for defendants on this remaining issue.

SO ORDERED.

/s/ Richard G. Stearns
United States District Judge